# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| EDWARD GEE | : | CIVIL ACTION |
|---|---|---|
| Petitioner, | : | |
| v. | : | |
| | : | NO. 09-825 |
| JOHN KERESTES, et al., | : | |
| Defendants. | : | |

**ORDER**

**AND NOW**, this __16th____ day of June, 2010, upon consideration of Chief Magistrate Judge Thomas J. Rueter's Report and Recommendation (R&R) (Doc. #9), Petitioner Edward Gee's Objections to the R&R (Doc. #10), as well as Defendants' Response (Doc. #12), it is **ORDERED** that:

- The R&R is **APPROVED** and **ADOPTED**, with the exception that Petitioner's prosecutorial misconduct claim is not procedurally defaulted, but rather denied on the merits.
- Petitioner's petition for a writ of habeas corpus is **DENIED**; and
- There is no probable cause to issue a certificate of appealability.

s/Anita B. Brody

_____

ANITA B. BRODY, J.

Copies **VIA ECF** on _____ to:     Copies **MAILED** on _____ to: